**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAVIER RAMIREZ-RIVERA, | No. 09-74104 |
| Petitioner, | Agency No. A096-027-236 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Javier Ramirez-Rivera, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reopen, *Ghahremani v. Gonzales*, 498 F.3d 993, 997-98 (9th Cir. 2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying Ramirez-Rivera's motion to reopen to apply for adjustment of status where he failed to demonstrate prima facie eligibility for the requested relief. *See Malty v. Ashcroft*, 381 F.3d 942, 947-48 (9th Cir. 2004) (alien demonstrates prima facie eligibility for relief countenancing reopening where the evidence reveals a reasonable likelihood that the statutory requirements for relief have been satisfied).

**PETITION FOR REVIEW DENIED.**

09-74104